**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 4, 2025.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00153-CV

_____

### IN RE ROBERT EDWARD BATTAILE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**459th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-000719**

---

## MEMORANDUM OPINION

Relator Robert Edward Battaile has filed a petition in this Court seeking writs of mandamus against Ken Paxton, Attorney General of the State of Texas, and Jane Nelson, Texas Secretary of State.

Each court of appeals, including this Court, has authority to issue writs of mandamus "against a judge of district, statutory county, statutory probate county,

or county court in the court of appeals district." Tex. Gov't Code § 22.221(b); *see also id.* § 22.002(c) ("Only the supreme court has the authority to issue a writ of mandamus . . . against of the officers of the executive departments of the government of this state[.]").[1] In addition, each court of appeals may issue writs of mandamus "and all other writs necessary to enforce the jurisdiction of the court." *Id.* § 22.221(a). Here, Battaile has not shown that the mandamus relief requested is necessary to enforce the jurisdiction of this Court, and we are not authorized to issue writs of mandamus against the attorney general or the secretary of state. Consequently, we lack jurisdiction to issue the writs of mandamus requested by Battaile.

We dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] In addition, the original jurisdiction of this Court to issue writs "is limited to writs arising out of matters over which the court has exclusive intermediate appellate jurisdiction under Section 22.220(d) [of the Government Code]." Tex. Gov't Code § 22.221(c-1).